UNITED STATES DISTRICT COURT
DISTRICT FOR MINNESOTA

| | |
|---|---|
| Kelly L. Hendrickson,<br><br>        Plaintiff,<br><br>v.<br><br>Fifth Third Bank, and 11th Hour Recovery, Inc,<br><br>        Defendants. | Civil Action No. _____ |

## **DEFENDANT FIFTH THIRD BANK'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 Defendant Fifth Third Bank, ("Fifth Third") hereby removes the subject action from the State of Minnesota, Fourth Judicial District Court, to the United States District Court for the District of Minnesota, on the following grounds:

1. Plaintiff Kelly L. Hendrickson ("Plaintiff"), served Fifth Third on or about December 12, 2017 with a Summons and Complaint that was not filed in the State of Minnesota, Fourth Judicial District Court. The Summons and Complaint are attached hereto as **Exhibit 1**. Plaintiff subsequently granted Fifth Third with an extension of time to answer the Complaint until January 16, 2018. On December 26, 2017, Defendant 11th Hour Recovery, Inc. ("11th Hour"), served an Answer to Plaintiff's Complaint, which is attached hereto as **Exhibit 2**.

2. Plaintiff asserts claims arising under federal law for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), as well as state law claims for violation of Article 9 of the Minnesota Uniform Commercial Code (UCC – Secured

18987849v1

Transactions), Minn. Stat. § 336.9-601, *et seq.*, and Minnesota common law prohibiting wrongful vehicle repossession. *See* Ex. 1, Compl. at ¶ 1.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FDCPA, which supplies this federal question.

4. This Court has supplemental jurisdiction over all other pendant state law claims contained in this action pursuant 28 U.S.C. § 1367(a) as such claims are so related to the claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5. Pursuant to 28 U.S.C. § 1441 *et seq.*, this case may be removed from the State of Minnesota, Fourth Judicial District Court, to the United States District Court for the District of Minnesota. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391.

6. On January 11, 2018, Fifth Third filed Plaintiff's Complaint in the State of Minnesota, Fourth Judicial District Court, and served upon all parties.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on counsel for Plaintiff and 11th Hour and a copy will be filed promptly with the clerk of the State of Minnesota, Fourth Judicial District Court.

8. This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief upon which such action is based, which first indicated that the matter is removable. 28 U.S.C. § 1446(b)(3).

WHEREFORE, Defendant Fifth Third Bank, Inc. by counsel removes the subject action from the State of Minnesota, Fourth Judicial District Court, to the United States District Court for the District of Minnesota.

Dated: January 11, 2018					Respectfully submitted,

**BOWMAN AND BROOKE LLP**

/s/ Charles (C.J.) Schoenwetter
Charles (C.J.) Schoenwetter (#025115X)
David J. Carrier (#393582)
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
Telephone:  (612) 339-8682

*Attorneys for Defendant Fifth Third Bank*