

December 26th 2017

11th Hour Recovery Inc's response to summons and complaint Kelley L Hendrickson vs fifth Third bank and 11th Hour Recovery Inc.

Stated in line 10 of complaint: 11th Hour Recovery Inc regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts or the enforcement of security interests for other parties.  This is incorrect. 11th Hour Recovery's only business conducted is private party impounding and non contact repossessions. 11th Hour Recovery does not initiate contact by telephone or mail or any other medium ever in the course of attempting to collect a debt or to enforce security interests. Because of this the case law stated in the summons and complaint does not apply to 11th Hour Recovery as they do not engage in communication with the registered owners or skip trace as the companies stated in these cases do.

11th Hour Recovery repossessed the 2010 Ford Fusion at 12:15 AM on October the 13th of 2017 where it was parked on the street on the 3900 block of Aldrich Ave. There was no contact made, the vehicle was towed away without incident. 11th Hour Recovery was contracted to recover this vehicle on October 12th of 2017.  All proper procedures were followed. The vehicle was repossessed with all proper documentation in place.

Alex Peterson

11th Hour Recovery
CEO